# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff      )<br>                             )<br>   v.                      )<br>                             )<br>PILAR GUTIERREZ-FLORES,    )<br>                             )<br>          Defendant     )<br>_____) | 1:07-CR-276 AWI<br><br>ORDER RECOMMENDING<br>DESIGNATION |

    The Court hereby recommends the defendant be incarcerated in a facility in California or Arizona, but only insofar as it is in accordance with space availability and security classification.

IT IS SO ORDERED.

**Dated:**   May 6, 2008                            **/s/ Anthony W. Ishii**
                                                                UNITED STATES DISTRICT JUDGE